IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC BLANDING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv7-MHT |
| | ) | (WO) |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming the defendants failed to protect him and violated several of his constitutional rights while he was incarcerated at Easterling Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, because plaintiff failed to respond to the motion for summary judgment with evidence, and based on the lack of objection to

the recommendation, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of February, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE